Walter E. WILSON, Plaintiff–
Appellant,

v.

Larry CAMPBELL, in his official ca-
pacity as Sheriff of Leon County,
Florida, Defendant–Appellee.

No. 13–13036.

United States Court of Appeals,
Eleventh Circuit.

June 11, 2014.

Marie A. Mattox, Marie A. Mattox, PA,
Tallahassee, FL, for Plaintiff–Appellant.

Robert Wayne Evans, Jason Eric Vail,
Allen Norton & Blue, PA, Tallahassee, FL,
for Defendant–Appellee.

Before CARNES, Chief Judge,
DUBINA and SILER,* Circuit Judges.

**PER CURIAM:**

Having studied the briefs and the rele-
vant parts of the record and having had
the benefit of oral argument, we affirm
summary judgment in favor of the Sheriff
on the grounds set out by the district court
on pages 47–68 of the transcript of the
hearing on the motion for summary judg-
ment. As counsel for Mr. Wilson noted at
the end of that proceeding, the district
court' explanation of its ruling was "very
thorough."

Through his counsel, Mr. Wilson has
offered us a number of arguments against
the judgment, but none of them persuade
us that summary judgment should not
have been entered against his claim. We
add our voice to the district court's on two
points. One is that the Sheriff bent over
backwards not to put Mr. Wilson in a
lower paying position and kept from doing
so as long as he responsibly could. We
agree with the district court that the Sher-
iff acted properly and generously as "one
would hope and expect an enlightened em-
ployer to do," and nothing he did is prop-
erly subject to criticism.

The other point that we would second is
the district court's finding, that Mr. Wilson
is "by all accounts a dedicated public serv-

* Honorable Eugene E. Siler, United States Cir-
cuit Judge for the Sixth Circuit, sitting by
designation.

ant," who wants to keep working in as responsible and challenging position as he can. The mental impairments, the "very substantial cognitive deficits" that the objective medical tests show that Mr. Wilson has, were caused by a tumor, seizures, and a stroke, which are not things for which he is being faulted. The issue in this lawsuit is not who, if anyone, is at fault for those disabilities. Instead, the issue is whether the law permitted the Sheriff to demote Mr. Wilson from the position of corrections officer because of serious concerns about whether someone with his disabilities could perform the duties of that position, particularly in an emergency or crisis. We agree with the district court's resolution of that issue and affirm its judgment.

**AFFIRMED.**